UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY MILLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. BITER,<br><br>　　　　Respondent. | Case No. CV 14-5752 R(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

　　DATED: JULY 31, 2014

_____
　　HONORABLE MANUEL L. REAL
　　UNITED STATES DISTRICT JUDGE